UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE B. RIGGS, et.al.,<br><br>    Plaintiffs<br><br>vs.<br><br>ALLSTATE LIFE INSURANCE COMPANY, and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. C 06 6895 PJH<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that the Further Case Management Conference set for May 31, 2007, at 2:30 p.m. in Courtroom 3 of the above entitled court is taken off calendar and will be continued to July 12, 2007, at 2:30 p.m. Courtroom 3.

IT IS SO ORDERED.

DATED: 5/29/07

_____
Judge Phyllis J. Hamilton
IT IS SO ORDERED

**[PROPOSED] ORDER GRANTING CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE**    1.