APPENDIX B - SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE B. RIGGS, et al.<br>Plaintiff(s),<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY, et al.<br>Defendant(s). | CASE NO. C 06 6895 PJH<br><br>SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties: The case has settled. Defendant is waiting for fully executed original settlement agreement from Plaintiffs.

2. The parties jointly request [or a party separately requests] the Court to make the following Supplemental Case Management Order: That the Case Management Conference currently scheduled for July 12, 2007 at 2:30 p.m. be continued to August 9, 2007 at 2:30 a.m./p.m.

Dated: July 5, 2007    /s/ THOMAS F. KEATING, JR.
[Typed name and signature of counsel] Attorney for Allstate Life Ins. Co.

Dated: July 5, 2007    /s/ DAVID PAI
[Typed name and signature of counsel] Attorney for Plaintiffs

SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order. *[In addition, the Court orders as follows:]*

Dated: 7/6/07

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Published March 2000                APPENDIX PG. 4

# PROOF OF SERVICE

I am a resident of the United States, County of Marin, over 18 years of age, and not a party to the within action. My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California 94901, which is located in the County of Marin, where the service described below took place.

On the date hereon, I served the following document in a sealed envelope described as:

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

on the interested parties in this action addressed as follows:

Sanford M. Cipinko
David Pai
LAW OFFICES OF SANFORD M. CIPINKO
55 Francisco Street, Suite 403
San Francisco, CA 94133

<u>Courtesy Copy</u>
The Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue
Courtroom 3, 17th floor
San Francisco, CA 94102

XXX   (BY MAIL)
I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.
On the date hereon, at my business, the document described above was placed for deposit in the United States Postal Service, with postage fully prepaid, addressed to the person(s) as described herein; and that envelope was placed for collection and mailing on that date following ordinary business practice.
28 U.S.C. §1746

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 5, 2007, at San Rafael, California.

/s/ Debbie Sheppard

Freitas, McCarthy, MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00037304.DOC

1

PROOF OF SERVICE
CASE NO. C 06-6895 PJH