1  SANFORD M. CIPINKO, Esq., SBN 88102
   DAVID PAI, Esq., SBN 227058
2  LAW OFFICES OF SANFORD M. CIPINKO
   55 FRANCISCO STREET, SUITE 403
3  SAN FRANCISCO, CA 94133
   VOICE:     (415) 693-9905
4  FACSIMILE: (415) 693-9904

5  Attorneys for Plaintiff

6

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9  CARRIE B. RIGGS, WINIFRED P.        )  Case No.  C 06 6895 PJH
   RIGGS, FRANK D. RIGGS, ROBERT F.    )
10 RIGGS, ALEX HUNTER                  )  **STIPULATION OF DISMISSAL**
                                       )   AND ORDER
11              Plaintiffs             )
                                       )
12                                     )
   vs.                                 )
13                                     )
                                       )
14 ALLSTATE LIFE INSURANCE             )
   COMPANY, and DOES 1 to 100,         )
15 inclusive,                          )
                                       )
16                                     )
                Defendants.            )
17                                     )

18

19       IT IS HEREBY STIPULATED by and between the parties to this action through

20 their designated counsel that the above-captioned action be and hereby is dismissed

21 with prejudice pursuant to FRCP 41(a)(1).

22 DATED:  August 8, 2007        LAW OFFICES OF SANFORD M. CIPINKO

23                               By:    /s/_____
                                        DAVID PAI
24                                      Attorney for Plaintiffs

25

26                                     ___s/s_____
                                       Plaintiff CARRIE B. RIGGS

27

28                                     ___/s/_____
                                       Plaintiff WINIFRED P. RIGGS

---

**STIPULATION OF DISMISSAL**                                              1.

1

2
          /s/
Plaintiff FRANK D. RIGGS

3

4
          s/
Plaintiff ROBERT F. RIGGS

5

6

7
          /s/
Plaintiff ALEX HUNTER

8

9
DATED:  August 8, 2007     FREITAS McCARTHY MCMAHON & KEATING

10
By:    /s/

11
THOMAS J. KEATING, JR.
Attorney for Defendant

12

13
          /s/

14
Defendant ALLSTATE LIFE INSURANCE COMPANY

15

16

17
8/9/07

18

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Phyllis J. Hamilton

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**      2.